

        **SHAWN RAITER**
sraiter@larsonking.com
**D** 651-312-6518

January 10, 2023

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Ameriprise Captive Insurance Company, as subrogee of IDS Property Casualty Insurance Company v. Audatex North America, Inc.*
Case No. 1:22-cv-05964-JLR

Dear Judge Rochon:

This matter is currently set for a status conference on January 18, 2023. The Court presently has a Rule 12 motion under advisement.

The parties have conferred and believe it would be more efficient to continue the January 18 conference and the submissions currently due on January 11, 2023 to dates after a decision has been made on the motion. The parties agree that continuing the status conference until after a ruling is issued on the pending motion would conserve both private and judicial resources. This is the parties first request for a continuance, and such an adjournment will not affect any other dates. We appreciate the Court's consideration of this joint request.

Very truly yours,

LARSON · KING, LLP

/s/Shawn M. Raiter

**SHAWN RAITER**

SMR
cc:    All Counsel of Record

The request is GRANTED. The **January 18, 2023** Conference is adjourned and will be rescheduled.

Dated: January 11, 2023
       New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

  30 East Seventh Street, Suite 2800 • Saint Paul, Minnesota 55101
P 651·312·6500  TF 877·373·5501  F 651·312·6618  LARSON · KING, LLP