**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMERIPRISE CAPTIVE INSURANCE
COMPANY, as subrogee of IDS PROPERTY
CASUALTY INSURANCE COMPANY,

                        Plaintiff,
    -against-                                             22 **CIVIL** 5964(JLR)

                                                           **<u>JUDGMENT</u>**

AUDATEX NORTH AMERICA, INC.,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 30, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       May 31, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                       **Clerk of Court**

                                                **BY:**                                           _____
                                                                       **Deputy Clerk**