UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERIPRISE CAPTIVE INSURANCE COMPANY, as subrogee of IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>-against-<br><br>AUDATEX NORTH AMERICA, INC.,<br>                        Defendant. | Case No. 1:22-cv-05964 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

       The Court shall hear oral argument on Defendant's pending motion to dismiss on January 7, 2025 at 11:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  December 12, 2024
           New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge