**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

AMERIPRISE CAPTIVE INSURANCE COMPANY, as subrogee of IDS Property Casualty Insurance Company,

Plaintiff,

22 **CIVIL** 5964 (JLR)

-against-

**JUDGMENT**

AUDATEX NORTH AMERICA, INC.,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2026, Audatex's motion for summary judgment is GRANTED, and Ameriprise's motion for summary judgment is DENIED as moot. Accordingly, judgment is entered in favor of Audatex and the case is closed.

**Dated:** New York, New York

July 23, 2026

**TAMMI M. HELLWIG**

____________________________

**Clerk of Court**

**BY:** ____________________________

**Deputy Clerk**